Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

Olha Noha
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Washinghton Dulles International Airport
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case: 1:25-cv-01682
Assigned To : Unassigned
Assign. Date : 5/28/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Olha Noha
- Street Address: 8936 Edgewood Dr
- City and County: Gaithersburg
- State and Zip Code: MD 20877
- Telephone Number:
- E-mail Address: DENOGGA@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
MAY 28 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name                         Washinghton Dulles
  Job or Title (if known)      International Airport
  Street Address               P.O Box 17045
  City and County              Washinghton
  State and Zip Code           DC. 20041-0045
  Telephone Number
  E-mail Address (if known)

Defendant No. 2
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 3
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 4
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Olha Noha, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Olha Noha, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* WDIA, is a citizen of the State of *(name)* Virginia. Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

PAy compensation in the amo and of 2.000.000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have been a visitor and pa to Metropolian Washington Airports for over 10 years. I hold original tresspas and other law and sing → PAGE 2.

## IV. Relief

Total page 4

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I received a trespass from Dullas Washington Airports. I was harassed by a security guard by Dullas Airport and Ronald Regan. When i refused, officer airport Dullas Ronald Regan illegally put me in jail. And openly said that if i come to the Dullas Airport i would be put in jail again. The situation repeated itself at Dallas Washington Airport i was given a trespass that contradicts airport and state laws.

Dallas Washington Airport is a federal institution open to the visitors 5 US Code § 552 b, 49101 (1) (3), 40 U.S. Code § 33181. Repeatedly, i was given a trespass 18 U.S.C. § 1752, the airport is open to visitors. The airport Dullas Washington is not subject to local state laws to operate the trespass law § 18.2 - 119, but is only served by state Virginia 49102 (a) 49104 (i) (iii) (ii) chapter.

My civil rights were violated in accordance with the law of USA and international law Tort Statute 28 USC § 1350 by law 42 U.S Code

PAge 2



§ 1983 Civil action for deprivation of Rights, by law 42 U.S. Code § 2000a-2 Prohibition against deprivation of, interference with, and punishment for exercising Rights and privileges secured by section 2000(a) or 2000a-1 Prohibition against discrimination or segregation in places of public accommodation. and by the United Nations General Assembly in Paris on 10 Dec. 1948. General Assembly Resolution 217A, Civil Rights Act 1964.
I have attached all the Rights of the provisions of this Airport. No chapter, act or public act describes acts of violence against visitors. I have add all the Rights of the provisions of the Dulles Airport and have not found a single such Rule of treatment of a client or visitor. I have Received a great humiliation of my dignity discrimination, persecution as a citizen of another country. Nowhere does it state that no law or public act or any other description of the Rights to discriminate is Required.

Page 3

No Representative or congressman or current president has granted them such permission.

In this case, i felt injustice from the administration and police on this Airport.

First of all, it's complete disregard, ignoring the law of this country and the laws of international law.

The airport administration does not answer calls, there is no response when sending an 'appeal' form. My question is what kind of chaos and lawlessness is operating on the territory of this airport. The airport administration that wants to seize power and make the airport state-owned? And what about federal law the Constitution.

This is not a clown show at the Dallas airport, or im mistaken?

49 Code 46314
710. 601
18 Code 1752
49 § Code 47125
8 US Code § 1185

AVIATION SECURITY    PAGE 4
BOOK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2025

Signature of Plaintiff

Printed Name of Plaintiff: Olha Woha

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Page 5 of 5